[No. 19029-6-I. Division One. December 21, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDREW C. HANSON, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 86-1-00083-5, Walter J. Deierlein, Jr., J., entered September 12, 1986. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Ringold, A.C.J., and Grosse, J.

[No. 19847-5-I. Division One. December 21, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES CASSIUS DUNNICK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-03412-5, Shannon Wetherall, J., entered January 20, 1987. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished per curiam opinion.

[No. 19327-9-I. Division One. December 21, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHNNY E. GRAYSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-00974-6, Norman W. Quinn, J., entered September 8, 1986. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Coleman and Webster, JJ.